■ In the Matter of CHARLES J. VENNARD, JR., Appellant, v SANDRA L. HAUN et al., Respondents. [967 NYS2d 863]—Appeal

from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered February 3, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.